UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | BANKRUPTCY NO. 06-10452 |
| | : | CHAPTER 7 |
| GEORGE RANDOLPH SIPPLE, DEBTOR | : | |
| | : | |
|    GARY V. SKIBA, ESQ., TRUSTEE, | : | ADVERSARY NO. 08-1042 |
|    Plaintiff | : | |
|                vs. | : | |
| GEORGE RANDOLPH SIPPLE, | : | |
| WENDY M. SIPPLE, LILLIAN E. | : | |
| SIPPLE and PETER W. REYBURN, | : | |
| Defendants | : | |

## **ERRATA SHEET AMENDING OPINION**

This 11th day of February, 2009, it is ORDERED that the Opinion of this date is Amended as follows:

1. The date in Introduction, Paragraph two which reads March 2, 1996 is amended to read March 2, 1966.

2. The date in Factual Discussion, Paragraph one which reads March 2, 1996 is amended to read March 2, 1966.

                                                        /s/ Warren W. Bentz
                                                      Warren W. Bentz
                                                      United States Bankruptcy Judge